IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 2:05CV406-T |
| | ) | |
| v. | ) | CR. NO. 2:93cr310 |
| | ) | WO |
| ROSA MAE SMILEY WILLIAMS | ) | |

**ORDER**

Defendant Rosa Mae Smiley Williams has filed a pleading styled as a "*Motion for Reconsideration*" (Doc. 1573) wherein she challenges the conviction and sentence imposed upon her by this court in 1994 for a controlled substance offense. A review of the claims presented by Williams in her motion indicates that she seeks relief from this court that is appropriate only under the remedy provided by 28 U.S.C. § 2255. Accordingly, the Clerk of this court is hereby **DIRECTED** to:

1. Open a civil action under 28 U.S.C. § 2255.

2. Docket the following documents, currently docketed in 2:93cr310, in the newly opened civil action:

   (a) Williams's "*Motion for Reconsideration*" (Doc. 1573 in 2:93cr310); and

   (b) Williams's "*Motion Requesting That Any and All Response Motions Be Forwarded to My Son Arlutha Smiley #03305-017*" (Doc. 1574 in 2:93cr310).

3. Assign the newly opened case to the Magistrate Judge and District Judge to whom the instant case is assigned; and

4. Refer the case file to the appropriate Magistrate Judge for further proceedings upon completion of the foregoing directives.

Done this 2nd day of May, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE