27BF, SC, WILLOUGHBY

# U.S. District Court
## Alabama Middle District (Montgomery)
### CRIMINAL DOCKET FOR CASE #: 2:93-cr-00310-MHT-DRB-1
### Internal Use Only

05-406

Case title: USA v. Williams et al                    Date Filed: 12/08/1993

Assigned to: Honorable Myron H. Thompson
Referred to: Honorable Delores R. Boyd

**Defendant**

**Rosa Mae Smiley Williams** (1)             represented by   Stephen Roger Glassroth
*TERMINATED: 04/05/2004*                                     The Glassroth Law Firm, PC
                                                             PO Box 910
                                                             Montgomery, AL 36101-0910
                                                             334-263-9900
                                                             Fax: 263-9940
                                                             Email: srg@glassrothlaw.com
                                                             *TERMINATED: 04/05/2004*
                                                             *LEAD ATTORNEY*
                                                             *Designation: CJA Appointment*

**Pending Counts**                                **Disposition**

21:846 CONSPIRACY: DISTB
COCAINE/COCAINE BASE;                             LIFE; 10 Yrs Sup Rel; $50 SA
FORFEITURE
(1)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                             **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                    **Disposition**

None

---

**Plaintiff**

USA            represented by    **Terry F. Moorer**
U.S. Attorney's Office
PO Box 197
Montgomery, AL 36101-0197
334-223-7280
Fax: 223-7560
Email: terry.moorer@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/08/1993 | 1 | MOTION/ORDER UNSEALING INDICTMENT (re Cr Misc No. 321) (CM/ECF ENTRY)(snc) (Entered: 10/20/2004) |
| 12/08/1993 | 2 | INDICTMENT as to Rosa Mae Smiley Williams (1) count(s) 1, Willie Joe Williams (2) count(s) 1, Chico Fernandez Moore (3) count(s) 1, Arlutha W. Smiley (4) count(s) 1, Claudell Smiley (5) count(s) 1, Bridgett Chapple (6) count(s) 1, Francis Williams (7) count(s) 1, Richard Toles (8) count(s) 1, Clarence Smiley (9) count(s) 1, Delacy Caldwell (10) count(s) 1, Clennon Matthews (11) count(s) 1, Ray Henry (12) count(s) 1, J. W. Moore (13) count(s) 1, James Moore (14) count(s) 1, Jody Moore (15) count(s) 1, Marvin Bryant Jr. (16) count(s) 1, Bobby Sanders (17) count(s) 1, Altoria Lewis (18) count(s) 1, William D. Thrash (19) count(s) 1, Fnu Lnu (20) count(s) 1, Michael A. Sanders (21) count(s) 1, Ernest Williams (22) count(s) 1, J. D. Bradberry (23) count(s) 1, Henry L. Murphy (24) count(s) 1, Juanita Hart (25) count(s) 1, Sylvia Matthews (26) count(s) 1, 2, Willie R. Sconiers (27) count(s) 1, 2. (CM/ECF CONVERSION) (snc) (Entered: 10/20/2004) |
| 12/08/1993 | | ***JS-2 Opening Information (snc) (Entered: 11/20/2004) |
| 12/08/1993 | | Counts added: Rosa Mae Smiley Williams (1) count(s) 1 (snc) (Entered: 11/20/2004) |
| 12/14/1993 | | Arrest of Rosa Mae Smiley Williams (snc) (Entered: 10/20/2004) |
| 12/14/1993 | | Initial Appearance as to Rosa Mae Smiley Williams held on 12/14/1993 (snc) (Entered: 10/20/2004) |
| 12/22/1993 | | ARRAIGNMENT held before Judge John Carroll:as to Rosa Mae Smiley Williams (1) on 12/22/1993, Not Guilty on Count One. (snc) (Entered: 10/20/2004) |

| Date | Doc # | Entry |
|---|---|---|
| 12/22/1993 | | ***Procedural Interval start as to Rosa Mae Smiley Williams (snc) (Entered: 10/20/2004) |
| 12/22/1993 | | ***Procedural Interval(P2) start as to Rosa Mae Smiley Williams (snc, ) (Entered: 11/20/2004) |
| 03/14/1994 | ● | CHANGE OF PLEA HEARING: held before Judge Ira De Ment :Change of Plea Hearing as to Rosa Mae Smiley Williams held on 3/14/1994, Plea entered by Rosa Mae Smiley Williams (1) Guilty Count 1. (snc) (Entered: 10/20/2004) |
| 03/14/1994 | | ***Procedural Interval start as to Rosa Mae Smiley Williams (snc) (Entered: 10/20/2004) |
| 03/14/1994 | ● | GUILTY Plea entered by Rosa Mae Smiley Williams (1) Guilty Count 1. (snc, ) (Entered: 11/20/2004) |
| 10/19/1994 | ● | SENTENCING HEARING held before Judge Ira De Ment on 10/19/1994 as to Rosa Mae Smiley Williams (Court Reporter James Dickens.) (snc) (Entered: 10/20/2004) |
| 10/19/1994 | | ***Procedural Interval start as to Rosa Mae Smiley Williams (snc) (Entered: 10/20/2004) |
| 10/19/1994 | | ***Procedural Interval start as to Rosa Mae Smiley Williams (snc, ) (Entered: 11/20/2004) |
| 10/19/1994 | | ***Procedural Interval(P6) start as to Rosa Mae Smiley Williams (snc, ) (Entered: 11/20/2004) |
| 10/27/1994 | ●899 | JUDGMENT as to Rosa Mae Smiley Williams (1), Count(s) 1, LIFE; 10 Yrs Sup Rel; $50 SA . Signed by Judge Ira De Ment on 10/27/94. (snc, ) (Entered: 11/20/2004) |
| 04/05/2004 | ●1546 | DOCKET SHEET of entries prior to cm/ecf conversion as to Rosa Mae Smiley Williams (snc) (Entered: 12/22/2004) |
| 08/19/2004 | ●1580 | Received USCA ORDER issued in lieu of the MANDATE re 04-12053-F as to Rosa Mae Smiley Williams, that Appellant's motion for a certificate of appealability, as construed from the notice of appeal, is DENIED because appellant has failed to make a substantial showing of the denial of a constitutional right. Appellant's motion for leave to proceed in forma paueris is DENIED AS MOOT. /s/Joel F. Dubins, UNITED STATES CIRCUIT JUDGE (ydw, ) (Entered: 01/19/2005) |
| 08/19/2004 | ● | Received from USCA the Original Papers which consist of: Two volumes of pleadings and one PSI as to Rosa Mae Smiley Williams; PSI returned to USPO (ydw) (Entered: 01/19/2005) |
| 10/01/2004 | ●1573 | Pro Se MOTION for Reconsideration (re 2255 Motion) by Rosa Mae Smiley Williams. (Copy furnished Staff Atty on 10/1/04; cm/ecf conversion entry) (snc) (Entered: 12/22/2004) |

| | | |
|---|---|---|
| 10/01/2004 | 1574 | MOTION Requesting that Any and All Response Motions be Forwarded to My Son Arlutha Smiley by Rosa Mae Smiley Williams. (Copy furnished Staff Attorney on 10/1/04; cm/ecf conversion entry) (snc) (Entered: 12/22/2004) |
| 05/02/2005 | 1583 | ORDER (terminating 1573 Motion for Reconsideration and 1574 Motion Requesting that Any and All Response Motions be Forwarded to My Son Arlutha Smiley as to Rosa Mae Smiley Williams (1) in this case), directing the clerk to open a civil action under 28:2255, directing that documents 1573 and 1574 be filed in the newly opened civil action, directing that the newly opened case be assigned to the Magistrate Judge and District Judge to whom the instant case is assigned, and directing that the case file be referred to the appropriate Magistrate Judge. Signed by Judge Delores R. Boyd on 5/2/05. . Signed by Judge Delores R. Boyd on 5/2/05. (snc) (Entered: 05/02/2005) |