IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

UNITE STATES OF AMERICA

2004 OCT -1 ⏑ 9: 52

v.

CRIMINAL NO: 93-310-N

ROSA MAE SMILEY WILLIAMS,

2:05CV406-T

MOTION REQUESTING THAT ANY AND ALL
RESPONSE MOTIONS BE FORWARDED TO MY
MY SON ARLUTHA SMILEY #03305-017.

Now comes Rosa Mae Smiley Williams, under the guise of pro'se representation, requesting that the above captioned be GRANTED, for the following reasons listed below:

1) petitioner contends that her son Arlutha Smiley, has assisted her in putting together her 28 U.S.C. § 2255 motion to Vacate, Set Aside, and Correct Sentence.

2) Arlutha Smiley #03305-017, is located in United States Penitentiary, P.O. Box 26030, Beaumont, Texas 77720-6030.

3) Due to the time restrictions placed on a pro'se litigant to respond to government response, and or to file a Notice of Appeal, and/or Certificate of Apealibility.

4) The petitioner contends that she has no legal understanding of how to follow such procedures.

Therefore the petitioner request that the above captioned be Granted, for the above listed reasons. The petitioner self authenticates this motion by her signature and statement that above facts are true and correct for the purposes of these proceedings.

Respectfully Submitted
*Rosa Mae Smiley Williams*
Rosa Mae Smiley Williams #03301-017

## CERTIFICATE OF SERVICE

Petitioner Rosa Mae Smiley Williams hereby certify that on _Sept. 24_ of 2004, that I have placed in the legal mailbox copies of the attached motion to all parties listed below by way of **VIA CERTIFIED MAIL**, through the United States Postal Office.

**CLERK OF COURT**
**U.S.D.C. FOR THE M.D.ALA**
**P.O. BOX 711**
**MONTGOMERY, ALA 36101-0711**

**UNITED STATES ATTORNEY'S OFFICE**
**FOR THE M.D.ALA.**
**P.O. BOX 197**
**MONTGOMERY, ALA 36101**

RESPECTFULLY SUBMITTED
_Rosa Mae Smiley Williams_
**ROSA MAE SMILEY WILLIAMS #03301-017**
**F.C.I. TALLAHASSEE**
**501 CAPITOL CIR. N.E.**
**TALLAHASSEE, FLA 32301**