IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05cv406 |
| ) | |
| ROSA MAE SMILEY WILLIAMS ) | |

**ORDER ON MOTION**

Upon consideration of movant Rosa Mae Smiley Williams's motion of October 1, 2004, "*requesting that any and all response motions be forwarded*" to her son, Arlutha Smiley (Doc. 3), it is

ORDERED that this motion be and hereby is DENIED.

Done this 16th day of May, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE