IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSA MAE SMILEY WILLIAMS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) 2:05-CV-406-T |
| | ) WO |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**OPINION**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on May 16, 2005 (Doc. 4), that the habeas petition filed by petitioner on September 24, 2004 (Doc. 2), be denied and this case dismissed, as petitioner has failed to obtain the requisite order from the Eleventh Circuit court of Appeals authorizing this court to consider a successive § 2255 motion.

After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the court believes that the recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 27th day of June, 2005.

                                              /s/ Myron H. Thompson
                                         UNITED STATES DISTRICT JUDGE