IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSA MAE SMILEY WILLIAMS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 2:05-CV-406-T |
| ) | WO |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The recommendation of the United States Magistrate Judge entered on May 16, 2005 (Doc. 4), is adopted.

(2) The habeas petition filed by petitioner on September 24, 2005 (Doc. 2), is denied and this case is dismissed.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 27th day of June, 2005.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE